

# NANCIAL DISCLOSURE REPORT

. **REIMBURSEMENTS** – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| | Exempt |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| | Exempt | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| First National Bank of Las Animas | business loan (credit line) | L |
| Robert and Evelyn Ham | mortgage (business) | K |
| | | |
| | | |
| | | |

alue Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000

## I. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

NONE (No reportable income, assets,

| | A | B | C | D | | |
|---|---|---|---|---|---|---|
| | | Income | Value | Transaction | | |
| | | Amount Code (A-H) | Type (e.g. div., rent, int.) | Value Code (J-P) | Value Method (Q-W) | Type (e.g. buy, sell, redemption) / Date Month-Day / Value Code (J-P) / Gain Code (A-H) / Identity of buyer/seller (if private transaction) |
| First Nat'l Bank Las Animas | B | int. | P3 | T | |
| Real estate, Bent Co., CO (1996 $53,730) | C | rent | M | Q | |
| John Hancock Funds Regional Bank B | A | div. | J | T | |
| Hartford Cap Appreciation CL A (IRA) | C | div. | J | T | |
| Van Kampen Focus Port Folio Unit 255 | A | div. | J | T | |
| Van Kampen Focus Port Folio Unit 257 | A | div. | | | Exempt |
| Van Kampen Focus Port Folio Unit 269 | A | div. | | | Exempt |
| Van Kampen Focus Port Folio Unit 272 | A | div. | J | T | |
| Cisco Systems, Inc. | A | div. | | | Exempt |
| JDS Uniphase Corp. | A | div. | | | Exempt |
| J.P. Morgan Chase & Co. PFD | A | div. | | | Exempt |
| Nokia Corp. | A | div. | | | Exempt |
| Europa Cruises | A | div. | J | T | |
| Aim Blue Chip Fund Class B | A | div. | J | T | |
| Oppenheimer Main. St. Growth & Income Fund B | A | div. | J | T | |
| Alger Fund Balanced Class B | A | div. | | | Exempt |
| Alliance Cap Reserve Money Market Fund | A | int. | K | T | |

## I. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | Description of Assets (including trust assets) | Income during reporting period Amt. Code 1 (A-H) | Income during reporting period Type (e.g. div. rent int.) | Gross value at end of reporting period Value Code 2 (J-P) | Gross value at end of reporting period Value Method Code 3 (Q-W) | Transactions: Type (e.g. buy, sell, merger, redemption) | Transactions: Date Month Day | Transactions: Value Code 2 (J-P) | Transactions: Gain Code 1 (A-H) | Transactions: Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 | Van Kampen Focus Portfolio Unit 140 | A | div. | | | Exempt | | | | |
| 19 | Van Kampen Focus Unit 136 Pharmaceut. 5 | A | div. | | | Exempt | | | | |
| 20 | Van Kampen Focus Unit 136 Telecom. Tr. Ser. 5 | A | div. | | | Exempt | | | | |
| 21 | Van Kampen Focus Unit 150 Morgan Stan. H. Tech | A | div. | | | Exempt | | | | |
| 22 | PERA | E | retire. | M | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |

## III. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Robert E. Blackburn_    Date ___9/10/01___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544